1  Mark T. Flewelling (# 96465)
     mflewelling@lagerlof.com
2  Kaila M. Bradley (# 307863)
     kbradley@lagerlof.com
3  LAGERLOF, LLP
4  155 North Lake Ave, 11th Floor
   Pasadena, California  91101
5  Tel:  (626) 793-9400

6  Attorneys for Plaintiff
7  WELLS FARGO BANK, N.A.

**FILED**

CLERK, U.S. DISTRICT COURT

July 10, 2025

**CENTRAL DISTRICT OF CALIFORNIA**

BY: _____ JL _____ DEPUTY

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  WELLS FARGO BANK, N.A.,            CASE NO. 2:13-cv-07913-DSF-SSC

12          Plaintiffs,                Assigned to The Hon. Dale S. Fischer

13      v.                            **RENEWAL OF JUDGMENT BY CLERK**

14
   JOSHUA KUHN, an individual;
15  JMK entertainment, a corporation;
   STANDARD GUARANTY
16  INSURANCE COMPANY, a
   corporation; CHASE BANK USA, N.A.,
17  a national banking association, and
   DOES 1-20, inclusive,
18
19
            Defendants.
20

21  AND RELATED CROSS-ACTION
22

23          Plaintiff Wells Fargo Bank, N.A. ("Plaintiff") has filed an application for

24  renewal of judgment against Defendant Joshua Kuhn. Based upon the Order

25  GRANTING Plaintiff Wells Fargo Bank, N.A.'s Motion for Attorneys' Fees

26  (Dkt. 141) against defendant Kuhn on February 26, 2016 (the "Judgment"), the

27  timely filing of the application, and pursuant to F.R.C.P. 69(a) and California Code

28  of Civil Procedure § 683.110 through § 683.320, and for good cause shown,

Plaintiff's application for renewal of judgment is GRANTED.

IT IS HEREBY ORDERED THAT:

1.      The Judgment entered in favor of Plaintiff Wells Fargo Bank, N.A. and against Defendant Joshua Kuhn, an individual, is renewed in the total amount of **$135,190.15**, and is comprised of the following amounts of:

        a.  $85,957.45 order granting motion for attorneys' fees dated February 26, 2016;

        b.  $44,940.15 costs and fees after judgment;

        c.  $4,292.55 accrued interest.

2.      This Renewal of Judgment extends the period of enforceability of the Judgment until ten (10) years from the date the Application was filed.

Brian D. Karth
CLERK OF COURT

Dated: July 10, 2025

/s/ *Jennylam*

Deputy Clerk